UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **WILLIAM VILLATORO LOPEZ** | **CASE NO. 1:26-CV-00212 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BRIAN ACUNA ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### MEMORANDUM ORDER

Petitioner William Villatoro-Lopez filed, through counsel, a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) seeking release from detention. Counsel also filed a Motion for Order to Show Cause (Doc. 2) requesting expedited briefing. The Court set a deadline for the Government to respond to the Motion. *See* Doc. 4. The Government then filed a Motion to Dismiss (Doc. 17) and Motion for Summary Judgment (Doc. 19), which were electronically served on Petitioner, through counsel.

Notably, Petitioner's counsel has failed to respond to the Government's Motions. Accordingly, IT IS ORDERED that, within 7 days of this Order, counsel advise whether they still represent Petitioner and, if so, file a response to the Motions. If counsel no longer represents Petitioner, they should file a motion accordingly.

THUS DONE in Chambers on this 4th day of March, 2026.

Carol B. Whitehurst
United States Magistrate Judge